Fill in this information to identify the case:

Debtor 1      John O. Wentling

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
                                                                            (State)

Case number 1:16-bk-03174-HWV

# Form 4100R
## Response to Notice of Final Cure          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** Mortgage Assets Management, LLC      **Court claim no.** (if known): 2-2
**Last 4 digits** of any number you use to identify the debtor's account: 2431

**Property address:**    317 W Main St ,
                           Number       Street

                           Annville, PA 17003
                           City                      State        ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

*Check one:*

[X]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:      N/A - This is a Reverse Mortgage. There are no monthly mortgage payments
                                                                                                           MM/DD/YYYY

[ ]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                  (a) $_____

      b. Total fees, charges, expenses, escrow and costs outstanding:        **+** (b) $_____

      c. Total. Add lines a and b.                                                         (c) $_____

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:
                                                                       MM/ DD/ YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Michelle L. McGowan                     Date  10/12/2023
    Signature

Print       Michelle L. McGowan                                      Title  Authorized Agent
            First Name       Middle Name       Last Name

Company     Robertson, Anschutz, Schneid, Crane & Partners, PLLC

*If different from the notice address listed on the proof of claim to which this response applies:*

Address     13010 Morris Rd., Suite 450
            Number        Street

            Alpharetta, GA  30004
            City          State        Z P Code

Contact     470-321-7112                                              Email  mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 17, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

John O. Wentling
317 West Main Street
Annville, PA 17003

And via electronic mail to:

Lisa A Rynard
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

<br>

By: /s/ *Justine Bennett*
Justine Bennett
Email: Jusbennett@raslg.com